

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-48-1BO (1)
NO. 5:18-CR-48-1BO (1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | I N D I C T M E N T |
| | ) | |
| DAVID DEWON REED | ) | |
|   a/k/a "Red" | ) | |
| DONOVAN DION REED | ) | |

The Grand Jury charges that:

<u>COUNT ONE</u>

Beginning in or about March 1, 2017, the exact date being unknown to the Grand Jury, and continuing up to at least July 1, 2017, in the Eastern District of North Carolina, the defendants, DAVID DEWON REED, also known as "Red", and DONOVAN DION REED, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons, known and unknown to the Grand Jury, to intentionally distribute and possess with the intent to distribute cocaine base (crack), a Schedule II controlled substance, and marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substance Involved in the Conspiracy

With respect to DAVID DEWON REED, also known as "Red", the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is 280 grams or more of cocaine base (crack), in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to DONOVAN DION REED the amount involved in the conspiracy attributable to him as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him, is a quantity of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT TWO

On or about March 31, 2017, in the Eastern District of North Carolina, the defendant, DAVID DEWON REED, also known as "Red", did knowingly and intentionally distribute and possess with intent to distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about April 5, 2017, in the Eastern District of North Carolina, the defendant, DAVID DEWON REED, also known as "Red", did knowingly and intentionally distribute and possess with intent to distribute a quantity of cocaine base (crack), a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about April 12, 2017, in the Eastern District of North Carolina, the defendant, DAVID DEWON REED, also known as "Red", did knowingly and intentionally distribute and possess with intent to distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about April 18, 2017, in the Eastern District of North Carolina, the defendant, DAVID DEWON REED, also known as "Red", did knowingly and intentionally distribute and possess with intent to distribute a quantity of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about April 25, 2017, in the Eastern District of North Carolina, the defendant, DAVID DEWON REED, also known as "Red", did knowingly and intentionally distribute and possess with intent to distribute twenty-eight (28) grams or more of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

-3-

## COUNT SEVEN

On or about May 2, 2017, in the Eastern District of North Carolina, the defendant, DAVID DEWON REED, also known as "Red", did knowingly and intentionally distribute and possess with intent to distribute twenty-eight (28) grams or more of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

On or about May 9, 2017, in the Eastern District of North Carolina, the defendant, DAVID DEWON REED, also known as "Red", did knowingly and intentionally distribute and possess with intent to distribute twenty-eight (28) grams or more of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

On or about June 6, 2017, in the Eastern District of North Carolina, the defendant, DAVID DEWON REED, also known as "Red", did knowingly and intentionally distribute and possess with intent to distribute twenty-eight (28) grams or more of cocaine base (crack), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

On or about June 8, 2017, in the Eastern District of North Carolina, DONOVAN DION REED, the defendant herein, did knowingly carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, as charged in Count One of this Indictment, and did knowingly possess such firearm in furtherance of said drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT ELEVEN

On or about June 9, 2017, in the Eastern District of North Carolina, the defendant, DONOVON DION REED, having been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess, in and affecting commerce, a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1) and 924.

## ALLEGATION OF PRIOR CONVICTION

As to Counts One through Nine:

For purposes of Title 21, United States Code, Sections 841(b) and 851, the defendants, DAVID DEWON REED and DONOVAN DION REED, committed the violations alleged in Counts One through Nine after prior convictions for felony drug offenses, as defined in Title 21, United States Code, Section 802(44), had become final.

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 21, United States Code, Section 853 that all of his interest in all property specified herein is subject to forfeiture.

Upon conviction of the controlled substance offenses alleged in Counts One through Nine of this Indictment, the defendants shall forfeit to the United States, pursuant to the provisions of Title 21, United States Code, Section 853, their interest in any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of the said violations and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses alleged, or any property traceable to such property.

In addition, upon conviction of the firearms offenses alleged in Counts Ten and Eleven of this Indictment, defendant DONOVAN DION REED shall forfeit to the United States, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in the offenses.

The property to be forfeited includes, but is not limited to:

(1) $7,143.00 in United States currency seized on June 9, 2017;

(2) A Century Arms, Model WASR-10, 7.62x39 rifle with serial number 39757, and related ammunition;

(3) A Smith and Wesson, Model 4006, .40 caliber pistol with serial number TFF4191, and related ammunition; and

(4) $12,250 in gross proceeds of the offenses committed by defendant DAVID DEWON REED.

If the above-described forfeitable property, as a result of any act or omission of a defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A TRUE BILL:

_____
FOREPERSON

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

DATE: 15 FEB 2018

ROBERT J. HIGDON, JR.
United States Attorney

_____
BY: BENJAMIN O. ZELLINGER
Special Assistant United States Attorney